## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SANDRA VALENCIA, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| | | **Civ. No. DLB-22-1800** |
| **v.** | * | |
| **MI MARIACHI LATIN RESTAURANT,** | * | |
| **INC. d/b/a MI MARIACHI NIGHTCLUB,** | | |
| ***et al.*,** | * | |
| **Defendants.** | * | |

## MEMORANDUM AND ORDER

The plaintiffs, professional models Sandra Valencia, Claudia Sampedro, Jessica Burciaga, Jessica "Charm" Killings, Mariana Davalos, Vida Guerra, Iesha Marie Crespo, Jamillette Gaxiola, Jessica "Jessa" Hinton, Katarina Van Derham, Laurie Fetter Jacobs, Paola Cañas, Rosie Wicks a/k/a Rosie Jones, and Brenda Geiger, brought this action against two restaurants and nightclubs, Mi Mariachi Latin Restaurant, Inc. and Carbonero, Inc. ("the clubs"), and the clubs' owner Santos Lainez. ECF 1. They allege that the defendants misappropriated, altered, published, and used their images in advertising without authorization to promote the clubs, in violation of section 43 of the Lanham Act, 28 U.S.C. § 1125(a)(1); the plaintiffs' common law rights of privacy and publicity and common law torts; and Maryland's Consumer Protection Act, Md. Code Ann., Com. Law § 13-301.

On October 26, 2023, an entry of default for want of answer was made as to each defendant, all of whom had failed to respond to the complaint after they were served. ECF 21. On November 21, 2023, the plaintiffs filed a motion for default judgment and an expert declaration, which they amended on June 28, 2024. ECF 26, 26-1, 28-1. The defendants have not filed a response, and the time for doing so has passed. *See* Loc. R. 105.2(a). A hearing is not necessary. *See* Loc. R. 105.6.

The plaintiffs' allegations, which are unopposed and accepted as true, establish the defendants' liability under the statutes and common law identified in the complaint. The expert declaration, as amended, shows that the defendants are liable for damages of $1,060,000, plus the plaintiffs' costs and fees.

Accordingly, this 1st day of July, 2024, upon consideration of the plaintiffs' motion for default judgment, it is hereby ORDERED that

1. The plaintiffs' motion, ECF 26, as amended in ECF 28, IS GRANTED;

2. Judgment IS ENTERED against the defendants, jointly and severally, in the amount of $1,060,000, plus reasonable attorney's fees and costs incurred prosecuting this action and interest thereon according to law from the date of this judgment until the entire amount is paid;

3. The breakdown of the damages owed to each plaintiff appears in the expert's amended declaration, ECF 28-1, at 23;

4. The defendants ARE PERMANENTLY ENJOINED from using any images from plaintiffs in their advertising, including without limitation those images attached to the complaint; and

5. The plaintiffs shall submit a petition for attorneys' fees and costs by July 24, 2024.

Deborah L. Boardman
United States District Judge